1  MICHAEL R.W. HOUSTON
   CITY ATTORNEY
2  MOSES W. JOHNSON, IV (SBN 118769)
   Assistant City Attorney
3  E-mail: mjohnson@anaheim.net
   200 S. Anaheim Boulevard, Suite 356
4  Anaheim, California  92805
   Tel: (714) 765-5169 Fax: (714) 765-5123
5
6  Attorneys for Defendant CITY OF ANAHEIM,
   CITY OF ANAHEIM erroneously used as
   ANAHEIM POLICE DEPARTMENT,
7  DARON WYATT, and ROBERT DUNN

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| RAFAEL GARCIA MIRANDA and OLGA MARTHA GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ANAHEIM, a governmental entity; ANAHEIM POLICE DEPARTMENT, a governmental agency; DARREN WYATT, an individual; Detective HERNANDEZ, an individual; ROBERT DUNN, an individual; CRAIG HUNTER, an individual; JOHN WELTER, an individual; COUNTY OF ORANGE, a municipality; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.:   SACV 13-01826 JVS (DFMx) <br><br> Assigned to: Hon. James V. Selna <br> Dept.:         10C <br><br> **PROTECTIVE RE CONFIDENTIAL INFORMATION** <br><br> Action Filed:   November 20, 2013 <br> Trial Date:      None set |

The parties stipulated to a protective order re confidential information that was filed on or about March 24, 2014, and seek to have a protective order

1  entered by the Court based on that stipulation.
2       IT IS SO ORDERED:

                              HON. DOUGLAS F. MCCORMICK
                              United States Magistrate Judge

2

Case No. SACV 13-01826 JVS (DFMx)