JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GARCIA MIRANDA and OLGA MARTHA GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, a governmental entity; ANAHEIM POLICE DEPARTMENT, a governmental agency; DARREN WYATT, an individual; Detective HERNANDEZ, an individual; ROBERT DUNN, an individual; CRAIG HUNTER, an individual; JOHN WELTER, an individual; COUNTY OF ORANGE, a municipality; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: SACV 13-01826 JVS (DFMx)<br><br>**JUDGMENT ON JURY VERDICT**<br><br>Trial Date:  March 24, 2015<br>Time:       8:30 a.m.<br>Place:      Ctrm. 10C<br><br><br>Action Filed:  November 20, 2013<br>Trial Date:    March 24, 2015 |

1    This action came on regularly for trial on March 24, 2015, in Courtroom
2  10C of the United States District Court, the Honorable James V. Selna,
3  presiding; the Plaintiffs appeared by attorney Mark Eisenberg, and the Defendant
4  Daron Wyatt appeared by attorney Moses W. Johnson, IV, Assistant City
5  Attorney.
6    A jury of 8 persons was regularly impaneled and sworn.  Witnesses were
7  sworn and testified.  After hearing the evidence and arguments of counsel, the
8  jury was duly instructed by the Court and the cause was submitted to the jury
9  with directions to return a special verdict.  The jury deliberated and thereafter
10 returned into Court with its verdict as follows:

12   1.   Do you find by a preponderance of the evidence that defendant
13 Daron Wyatt violated plaintiff Rafael Garcia Miranda's civil rights for the
14 purpose of causing his harm by coercing him into confessing during his homicide
15 interrogations in 2012?

17         _____Yes            \_\_\_X\_\_\_No

19   2.   Do you find by a preponderance of the evidence that defendant
20 Daron Wyatt used unreasonable (excessive) force on plaintiff Rafael Garcia
21 Miranda during his homicide interrogations in 2012?

23         _____Yes            \_\_\_X\_\_\_No

25   3.   Do you find by a preponderance of the evidence that defendant
26 Daron Wyatt committed a battery on plaintiff Rafael Garcia Miranda?

28         _____Yes            \_\_\_X\_\_\_No

1
2     It appearing by reason of said verdict that: Defendant Daron Wyatt is
3 entitled to judgment against Plaintiffs.
4     NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED
5 that said Plaintiffs take nothing by their complaint filed on September 24, 2013,
6 and that Defendant Daron Wyatt have and recover from Plaintiffs, his costs and
7 attorney's fees as allowed by law, to be awarded at a later date.
8
9
10     Dated: April 15, 2015
11
12                                                  Honorable James V. Selna
                                                 United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   108797v1